IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Motton, Corey

Printed: 8/26/08

Case Number: 04 B 23070
Judge: Wedoff, Eugene R

Filed: 6/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 24, 2008
Confirmed: November 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|   | Receipts | Disbursements |
|---|---|---|
|   | 19,610.00 |   |
| Secured: |   | 12,204.27 |
| Unsecured: |   | 3,558.84 |
| Priority: |   | 0.00 |
| Administrative: |   | 2,410.00 |
| Trustee Fee: |   | 1,026.89 |
| Other Funds: |   | 410.00 |
| Totals: | 19,610.00 | 19,610.00 |

## DISBURSEMENT DETAIL

|    | Creditor Name | Type | Repayment | Paid to Date |
|----|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Consumer Portfolio Services | Secured | 12,204.27 | 12,204.27 |
| 3. | Sir Finance Corporation | Unsecured | 262.01 | 530.94 |
| 4. | Premier Bankcard | Unsecured | 59.12 | 119.81 |
| 5. | Verizon Wireless | Unsecured | 81.34 | 164.86 |
| 6. | Consumer Portfolio Services | Unsecured | 1,249.56 | 2,532.63 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 19.80 | 40.12 |
| 8. | Peoples Energy Corp | Unsecured | 18.39 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 84.12 | 170.48 |
| 10. | Robert J Adams & Associates | Priority |   | No Claim Filed |
| 11. | Ferleger & Associates LTD | Unsecured |   | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |   | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |   | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured |   | No Claim Filed |
| 15. | Ferleger & Associates LTD | Unsecured |   | No Claim Filed |
| 16. | Premier Bankcard | Unsecured |   | No Claim Filed |
| 17. | Friend Family Health Center | Unsecured |   | No Claim Filed |
| 18. | Ferleger & Associates LTD | Unsecured |   | No Claim Filed |
| 19. | Friend Family Health Center | Unsecured |   | No Claim Filed |
| 20. | La Rabida Children's Hospital | Unsecured |   | No Claim Filed |
| 21. | Mutual Hospital Services/Alverno | Unsecured |   | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured |   | No Claim Filed |
| 23. | La Rabida Children's Hospital | Unsecured |   | No Claim Filed |
| 24. | Provident Hospital | Unsecured |   | No Claim Filed |
| 25. | Pay Day Loans | Unsecured |   | No Claim Filed |

Case 04-23070    Doc 36    Filed 08/26/08    Entered 08/26/08 10:53:32    Desc    Page 2 of 2
Page 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Motton, Corey

Printed:  8/26/08

Case Number:  04 B 23070
Judge:  Wedoff, Eugene R
Filed:  6/17/04

| | | | |
|---|---|---|---|
| 26. | South Shore Hospital | Unsecured | No Claim Filed |
| 27. | South Shore Hospital | Unsecured | No Claim Filed |
| 28. | University Of Chicago Physicians | Unsecured | No Claim Filed |
| 29. | South Shore Emergency Physicians | Unsecured | No Claim Filed |
| 30. | TCF Bank | Unsecured | No Claim Filed |
| 31. | Walgreens Company | Unsecured | No Claim Filed |
| 32. | South Shore Hospital | Unsecured | No Claim Filed |

_____        _____
$ 16,388.61       $ 18,173.11

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 228.47 |
| 4% | 44.40 |
| 3% | 38.85 |
| 5.5% | 193.33 |
| 5% | 64.75 |
| 4.8% | 115.44 |
| 5.4% | 341.65 |

_____
$ 1,026.89

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

